## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GALE SIMMS-MCCREARY,** | ) | |
| Plaintiff, | ) | 8:06CV353 |
| vs. | ) | ORDER |
| **DIALYSIS CLINIC, INC.,** | ) | |
| Defendant. | ) | |

The records of the court show that on June 28, 2006, a letter (Filing No. 15) was sent to:

> **Timothy K. Garrett**
> **BASS, BERRY LAW FIRM**
> **315 Deaderick St.**
> **Nashville, TN 37238**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) within fifteen days. As of the close of business on August 1, 2006, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 15, 2006**, attorney Timothy K. Garrett shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in Mr. Garret being removed as counsel of record for the defendant.

DATED this 2nd day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge