IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GALE SIMMS-McCREARY, | ) | CASE NO. 8:06CV353 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION FOR ENLARGEMENT OF TIME** |
| | ) | |
| DIALYSIS CLINIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has moved this Court for an extension of deadline to reply to Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment, and counsel for Plaintiff does not oppose the proposed extension.

**IT IS HEREBY ORDERED,** that the Defendant, Dialysis Clinic, Inc., shall have until Tuesday, July 3, 2007 to file a Reply to Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment in this matter.

DATED this 26th day of June, 2007.

\_\_\_\_\_
UNITED STATES DISTRICT COURT JUDGE