IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEBRASKA

| | | |
|---|---|---|
| GALE SIMMS-MCCREARY ) | | CASE NO. 8:06CV353 |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | ORDER FOR DISMISSAL |
| ) | | WITH PREJUDICE |
| DIALYSIS CLINIC INC., ) | | |
| ) | | |
| Defendant. ) | | |

     THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice of the parties to dismiss this action. The Court finds that such an Order should be granted. Accordingly,

     IT IS HEREBY ORDERED that Plaintiff's action is dismissed, with prejudice, with each party to pay their own costs and with complete record waived.

     DATED this 13th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT COURT JUDGE